UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERNA MCDONOUGH, ) | |
| ) | |
| Plaintiff, ) | Case No. C06-1571-RSL-JPD |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | ORDER OF REMAND |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court, having reviewed plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Commissioner's decision is reversed and this action is remanded to the Social Security Administration for further proceedings not inconsistent with this opinion; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

ORDER OF REMAND
PAGE -1

01   DATED this 21st day of August, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND
PAGE -2